NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANDREW ROSS SWEITZER,　　　　　　　)
DOC #R52921,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　　Case No.  2D17-4701
STATE OF FLORIDA,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　)
_____)

Opinion filed October 12, 2018.

Appeal from the Circuit Court for Pinellas
County; Nancy Moate Ley, Judge.

Rachael Reese of O'Brien Hatfield, P.A.,
of Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.


　　　　　　Affirmed.


LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.